FILED

DEC 1 2 2018

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MEGAN M. SMITH, )<br>)<br>Defendant. )<br>)<br>) | CRIMINAL NO. W: 18-838M<br><br>**INFORMATION**<br>[Count One: 18 U.S.C. § 641 – Theft of Government Property] |

THE UNITED STATES ATTORNEY CHARGES:

COUNT ONE
[18 U.S.C. § 641]

On or about November 6, 2018, at the Fort Hood Military Reservation, Waco Division, Western District of Texas, the Defendant,

MEGAN M. SMITH,

did embezzle, steal, purloin, or knowingly convert to her use or the use of another, property of the United States having a value not exceeding $1,000, to wit: property of the Army and Air Force Exchange Service, in violation of Title 18, United States Code, Section 641.

JOHN F. BASH
United States Attorney

By: _____
DAVID C. MANGAN
Special Assistant United States Attorney