AO 86A ( Rev. 4/91) Consent to Proceed - Misdemeanor

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | **CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE IN A MISDEMEANOR CASE** |
| | § | |
| vs. | § | |
| | § | |
| (1) MEGAN M. SMITH *Defendant* | § | Case Number: WA:18-M -00838(1) |

The United States Magistrate Judge has explained to me the nature of the offense(s) with which I am charged and the maximum possible penalties which might be imposed if I am found guilty. The Magistrate Judge has informed me of my right to the assistance of legal counsel. The Magistrate Judge has informed me of my right to trial, judgment, and sentencing before a United States District Judge or a United States Magistrate Judge.

I consent to being tried before a United States magistrate judge, and I waive my rights to trial, judgment, and sentencing by a United States district judge.

megan smith
*Defendant*

**WAIVER OF RIGHT TO TRIAL BY JURY**

The Magistrate Judge has advised me of my right to trial by jury.

I HEREBY: Waive (give up) my right to trial by jury. ______________________
*Defendant*

Consented to by the United States ______________________
John G. Danyluk
Special Assistant U.S. Attorney

**WAIVER OF RIGHT TO HAVE THIRTY DAYS TO PREPARE FOR TRIAL**

The Magistrate Judge has also advised me of my right to have at least thirty days to prepare for trial before the Magistrate Judge.

I HEREBY: Waive (give up) my right to have at least thirty days to prepare for trial.

______________________
*Defendant*

______________________ Approved By: Jeffrey C. Manske
JEFFREY C. MANSKE
UNITED STATES MAGISTRATE JUDGE

12/19/2018
*Date*