UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | NO: WA:18-M -00838(1) |
| | § | |
| (1) MEGAN M. SMITH | § | |

**ORDER APPOINTING COUNSEL**

The above named Defendant has testified under oath, or has otherwise satisfied this Court, that he/she is financially unable to obtain counsel and does not wish to waive representation by counsel.

Therefore, in the interest of justice, Michael F. White, is hereby appointed to represent the Defendant in the above-styled and numbered cause.

This appointment shall remain in effect until further Order of this Court.

It is so **ORDERED** this 19th day of December, 2018.

JEFFREY C. MANSKE
UNITED STATES MAGISTRATE JUDGE