# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### WACO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff*<br><br>vs.<br><br>(1) MEGAN M. SMITH<br>*Defendant* | §<br>§<br>§<br>§ Case Number: WA:18-M-00838(1)<br>§<br>§ |

O R D E R

Came on to be considered the Defendant's Motion for Continuance. The Court, having considered said motion, is of the opinion that it is meritorious and should be granted.

Pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), the Court finds that the ends of justice which will be served by allowing the Defendant additional time in which to prepare this case outweigh the best interest of the public and the Defendant in a speedy trial. The Court's basis for said finding is that the failure to grant a continuance in this case would deny counsel for the Defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(7). Thus, the Court finds that the time between 03/08/2019 and 04/12/2019, is excludable under the Speedy Trial Act, 18 U.S.C. § 3161(h). Accordingly, it is

ORDERED that the Defendant's Motion for Continuance is GRANTED. The time between 03/08/2019 and 04/12/2019, is hereby

excluded from the Speedy Trial Act, 18 U.S.C. § 3161(h)(7) in accordance with the above provisions. It is further

ORDERED that the above styled and numbered case be continued until 04/12/2019 at 10:00 a.m. for SENTENCING.

SIGNED this the 5th day of March, 2019.

_____
JEFFREY C MANSKE
UNITED STATES MAGISTRATE JUDGE